JAMES W. MURPHY et al., Respondents, *v.* THE NEW YORK ELEVATED RAILROAD Co., Appellant.

APPEAL by defendant from a judgment in favor of the plaintiffs, entered upon the verdict of a jury, and from order denying defendant's motion for a new trial.

*Julien T. Davies* and *Henry J. Hemmens,* for appellant.

*John E. Parsons,* for respondent.

*Per Curiam.* The judgment and order should be affirmed, with costs.

Present: FREEDMAN, McADAM and GILDERSLEEVE, JJ.

Judgment and order affirmed, with costs.